IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**COLLEEN KOSLOSKY,**

*Plaintiff*,

v.

**AMERICAN AIRLINES, INC.,**

*Defendant*.

Case No. 2:18-cv-04654-JDW

## ORDER

**AND NOW**, this 27th day of April, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 28), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to Fed. R. Civ. P. 56(a), **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.